# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 161 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE PENNSYLVANIA INTEREST ON LAWYERS TRUST ACCOUNT BOARD | : | DISCIPLINARY RULES DOCKET |
| | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of May, 2018, Gretchen L. Kelly, Esquire, is hereby designated as Chair, and Alan M. Feldman, Esquire, as Vice-Chair, of the Pennsylvania Interest on Lawyers Trust Account Board, commencing September 1, 2018.